938

No. 90–8374. PEOPLES *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 90–8502. BRIGGMAN *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 91–85. SPARKS *v.* SUPERIOR COURT OF THE CITY AND COUNTY OF SAN FRANCISCO (CITY AND COUNTY OF SAN FRANCISCO, REAL PARTY IN INTEREST). Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 91–110. FIELDS *v.* HARTFORD CASUALTY INSURANCE CO. C. A. 5th Cir. Certiorari denied.

No. 91–208. KITOWSKI, PERSONAL REPRESENTATIVE OF THE ESTATE OF MIRECKI, DECEASED *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 91–216. MATTHEWS *v.* GREENEVILLE LIGHT & POWER SYSTEM ET AL. C. A. 6th Cir. Certiorari denied.

No. 91–229. ACTION ALLIANCE OF SENIOR CITIZENS OF GREATER PHILADELPHIA ET AL. *v.* SULLIVAN, SECRETARY OF HEALTH AND HUMAN SERVICES, ET AL. C. A. D. C. Cir. Certiorari denied.

No. 91–233. LAWRENCE ET AL. *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 91–244. BARNES ET AL. *v.* LACY ET AL. C. A. 11th Cir. Certiorari denied.

No. 91–245. STEIN *v.* BOARD OF REGENTS OF THE UNIVERSITY OF THE STATE OF NEW YORK. App. Div., Sup. Ct. N. Y., 3d Jud. Dept. Certiorari denied.

No. 91–250. BLANK ET AL. *v.* BETHLEHEM STEEL CORP. ET AL. C. A. 11th Cir. Certiorari denied.

No. 91–256. GOTTI ET AL. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.